# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0616
LT Case No. 2002-CT-020320-A

_____

TRAVIS PAUL MANN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the County Court for Duval County.
Scott F. Mitchell, Judge.

Susan Z. Cohen, of Epstein & Robbins, Jacksonville, for
Appellant.

Ashley Moody, Attorney General, and Adam B. Wilson,
Assistant Attorney General, Tallahassee, for Appellee.

July 2, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, JAY, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____